ARTHUR V. LAWLER, as Executor, etc., of ALICE GOBEILLE, Deceased, Respondent, v. CARL E. TUCKER and Another, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, reversed, with ten dollars costs and

disbursements, and affidavits specified in notice of motion stricken from the record upon stipulation made in this court, with ten dollars costs of motion, with leave to plaintiff upon payment of said costs to serve other affidavits within ten days after service of this order. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

